UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

QUINTON WATERS,

              Plaintiff,

   -against-

NASSAU COUNTY, NASSAU COUNTY POLICE
DEPARTMENT, DAVID BROWN, Individually
and in his capacity as a Nassau County
Police Officer, JOHN DOE # 1,
Individually and in his capacity as a
Nassau County Police Officer, and JOHN
DOE # 2, Individually and in his
capacity as a Nassau County Police
Officer,

             Defendants.

----------------------------------------x

02 CV 4133 (JS)(ETB)

**STIPULATION OF DISCONTINUANCE**

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 21 2004 ★
LONG ISLAND OFFICE

RECEIVED
IN CHAMBERS OF
HON. JOANNA SEYBERT
★ JUN 15 2004 ★

**IT IS HEREBY STIPULATED AND AGREED** by between the parties by and through their undersigned attorneys that the above-captioned action be and is hereby discontinued with prejudice

and without costs.

Dated:      Hempstead, New York
            ~~May~~  , 2004
            June  1

_____
VALERIE A. HAWKINS, ESQ.
Attorney for Plaintiff
175 Fulton Avenue, Suite 306
Hempstead, New York 11550
(516) 292-0984

_____
Tatum J. Fox, Esq.
Deputy County Attorney
Office of the County Attorney
Attorney for Defendants
One West Street
Mineola, New York 11501
(516) 571-6183


SO ORDERED:


_____
       rt Judge


JY